## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:25-cv-89-JSD |
| THE JUDICIAL DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

Plaintiff Brayon Williams has filed a Civil Complaint in this Court but has not paid the $405 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF No. 1]. He also failed to properly sign his Complaint. Under Rule 11 of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed ... by a party personally if the party is unrepresented." Further, Local Rule 2.11 recognizes a "person's name on a signature block" as a signature when the person made an "authorized filing" through his or her electronic filing account. The Local Rule goes on to explain that even if a document is electronically filed, if it has been signed by someone "other than an attorney of record," then "the document must be physically signed." E.D. Mo. L.R. 2.11.

Here, Plaintiff did not make an authorized filing through an electronic filing account, and he typed a set of numbers and letters in the signature block of his Complaint. [ECF No. 1 at 7.] He therefore failed to satisfy the requirements of the Federal Rules of Civil Procedure and this Court's Local Rules. Furthermore, Plaintiff should be aware of this necessity as he has been warned about this failure to sign filings in the past. *See Williams v. United States*, No. 2:24-cv-74-MTS, ECF Nos. 10 & 17 (E.D. Mo. Oct. 10, 2024).

As such, within **fourteen (14) days** of the date of this Order, Plaintiff must either pay the $405 filing fee or file a **complete** and **properly signed** Application to Proceed in District Court Without Prepaying Fees or Costs on the proper form, which will be provided to him. Additionally, within **fourteen (14) days** of the date of this Order, Plaintiff must properly sign the Complaint and return it to the Court. Consequently, the Court directs the Clerk to return the Complaint to him. If Plaintiff fails to timely comply with this Order, the Court will dismiss this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the Complaint [ECF No. 1] to Plaintiff so that, **within fourteen (14) days of the date of this Order**, he shall properly sign the Complaint and return it to the Court, and shall either pay the $405 filing fee or file a complete and properly signed Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**Plaintiff's failure to timely comply with this Order will result in the dismissal of this case without prejudice and without further notice.**

Dated this 15th day of January, 2026.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE